UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
RONALD CASSELL,                                               :
                          Plaintiff,    :
                                           :      23 Civ. 1583 (LGS)
            -against-                     :
                                           :            <u>ORDER</u>
UNITED STATES OF AMERICA, et al.,                             :
                        Defendants.   :
                                                              :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference in this matter is scheduled for August 2, 2023,

    WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

    **ORDERED** that the August 2, 2023, initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

    **ORDERED** that if Defendant(s) seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

    **ORDERED**, regarding settlement discussions, a referral for settlement conference before Judge Wang will issue upon the close of fact discovery, as requested by the parties.  If the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program before then, they shall file a <u>joint</u> letter on ECF requesting a referral.

Dated: July 25, 2023
       New York, New York

                                                                         LORNA G. SCHOFIELD
                                                                         UNITED STATES DISTRICT JUDGE